UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SALDANA,<br><br>  Petitioner,<br><br>  v.<br><br>M.D. BITER,<br><br>  Respondent. | NO. CV 11-10467-MWF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. Respondent did not file objections. The Court accepts the findings and recommendation of the magistrate judge.

IT IS ORDERED that (1) the motion to dismiss is granted in part in that Ground 1 is unexhausted; (2) Ground 1 is dismissed without prejudice; and (3) the motion to dismiss is denied in all other respects.

Respondent is ORDERED to file an answer within 30 days of the date of entry of this order. The other provisions of the magistrate judge's December 22, 2011 scheduling order (Dkt. No. 4) remain in effect.

DATED: November 5, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge