UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDGAR SALDANA, | ) | NO. CV 11-10467-MWF (AGR) |
|     Petitioner, | ) | |
| | ) | JUDGMENT |
|   v. | ) | |
| M.D. BITER, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 12, 2014

_____
MICHAEL W. FITZGERALD
United States District Judge